1  ROBERT R. RONNE, ESQ. (SBN 092884)
   LAW OFFICE OF ROBERT R. RONNE, APC
2  840 Apollo Street, Suite 307
   El Segundo, California 90245
3  Telephone: (310) 322-1696
   Facsimile: (310) 322-3039
4  E-mail: rrr55@sbcglobal.net

5  DENNIS W. RIHN, ESQ. (SBN 126233)
   ATTORNEY AT LAW
6  215 North Marengo Avenue, Suite 376
   Pasadena, CA 91101
7  Telephone: (818) 265-0525
   Facsimile : (626) 396-1555
8  E-mail: D.Rihn@Att.Net

9  Attorneys for Plaintiff Dante Cagayan

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JUAN VELASQUEZ AND NEOME VELASQUEZ,<br><br>　　　　Debtors<br><br>DANTE CAGAYAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN VELASQUEZ and NEOME VELASQUEZ,<br><br>　　　　Defendants. | CASE NO. 2:09 BK-37256-BR<br><br>CHAPTER 7<br><br>ADV. NO. 2:09-AP-03562-BR<br><br>[~~PROPOSED~~] ORDER DENYING MOTION TO DISMISS<br><br>DATE: MARCH 9, 2010<br>TIME: 2:00 P.M.<br>COURTROOM: 1668 |

1

On March 9, 2010, the motion of Defendants Juan and Neome Velasquez to dismiss the complaint of Dante Cagayan came on regularly for hearing in Courtroom 1668 of the United States Bankruptcy Court, the Honorable Barry Russell, Judge Presiding. Dennis W. Rihn and Robert R. Ronne appeared for Plaintiff Dante Cagayan. Eve A. Marsella appeared for Defendants Juan and Neome Velasquez. After consideration the papers submitted and the argument of counsel, the Court denied the motion.

GOOD CAUSE APPEARING, the Court orders as follows:

The motion to dismiss of Defendants Juan and Neome Velasquez is denied.

DATED: 3/15/10

*[signature]*

THE HONORABLE BARRY RUSSELL,
JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

| | |
|---|---|
| In re: Juan Velasquez and Neome, Velasquez | CHAPTER: 7 |
| Debtor(s). | CASE NUMBER: 2:09-AP-03562-BR |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
215 N. Marengo Avenue, Suite 376, Pasadena, CA 91101.

A true and correct copy of the foregoing document described as [PROPOSED] ORDER DENYING MOTION TO DISMISS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/10/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Eve A. Marsella, Esq.
Clarkson, Gore & Marsella
3424 Carson Street, Suite 350
Torrance, CA 90503

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/10/10 | DENNIS W. RIHN | D.W.R. |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: Juan Velasquez and Neome  Velasquez | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-AP-03562-BR |

**ADDITIONAL SERVICE INFORMATION (if needed):**

CHAPTER 7 TRUSTEE
Heide Kurtz
2515 S. Western Avenue, #11
San Pedro, CA 90732

UNITED STATES TRUSTEE
United States Trustee's Office
725 S. Figueroa Street
26th Floor
Los Angeles, CA 90017

Case 2:09-ap-03562-BR    Doc 11    Filed 03/15/10    Entered 03/17/10 15:14:43    Desc
Main Document    Page 4 of 6

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:  Juan Velasquez and Neome Velasquez | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-AP-03562-BR |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING MOTION TO DISMISS _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Eve A. Marsella, Esq.
Clarkson, Gore & Marsella
3424 Carson Street, Suite 350

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

Case 2:09-ap-03562-BR    Doc 11    Filed 03/15/10    Entered 03/17/10 15:14:43    Desc
Main Document    Page 6 of 6

| In re: Juan Velasquez and Neome Velasquez | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-AP-03562-BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

CHAPTER 7 TRUSTEE
Heide Kurtz
2515 S. Western Avenue #11
San Pedro, CA 90732

UNITED STATES TRUSTEE
United States Trustee's Office
725 S Figueroa Street
26th Floor
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1